Rogoway Law Group
Joe Rogoway, SBN 239661
Kenneth Stratton, SBN 172895
David Socher, SBN 158023
115 4th Street
Second Floor, Ste. B
Santa Rosa, CA 95401
P: 707-526-0420
F: 707-526-0421
kenstratton@rogowaylaw.com

*Attorneys for Defendants:*
*GREEN EARTH COFFEE LLC*
*and CARLOS ZAMBRANO*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STEFAN BOKAIE; CAROL BOKAIE; SURINDER UPPAL; MARIE UPPAL; GURJIWAN UPPAL; PATRICK WARD; BRENDA WARD; NEERA BHANDARI; and SANDEEP BHANDARI, <br><br> Plaintiffs, <br><br> v. <br><br> GREEN EARTH COFFEE LLC, a California limited liability company; CARLOS ZAMBRANO, an individual; FLYING ROOSTER, LLC a California limited liability company; EXCHANGE BANK, a California corporation; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No.: 3:18-cv-5244 <br><br> **NOTICE OF ERRATA AND CORRECTION** <br><br> Date:  November 29, 2018 <br> Time:  2:00pm <br> Dept:  Courtroom 9, 19th Floor <br> Judge:  Jon S. Tigar <br> Trial Date:  Not yet set <br> Action Filed:  August 28, 2018 |

TO JUDGE JON S. TIGAR, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Please take notice that the Notice of Motion and Motion filed as Document 17 in this matter contained an incorrect Table of Authorities and Table of Contents.

Attached hereto as Exhibit A are corrected Tables of Contents and Authorities to replace the ones included in the initial filing.

1    Please also know that this Notice of Errata and Correction is being sent to Chambers with the

2    Chamber copy of the Notice of Motion and Motion, Document 17, and request that the Court and the

3    parties replace the Tables Contents of Authorities with the document attached hereto as Exhibit A.

4

5    Dated: October 19, 2018                                    Respectfully Submitted,

6                                                                                Rogoway Law Group

7                                                                                By _____

8                                                                                     Kenneth Stratton

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# TABLE OF CONTENTS

Page

TABLE OF CONTENTS............................................................................... i

TABLE OF AUTHORITIES ........................................................................ ii

NOTICE OF MOTION............................................................................... 1

ISSUES TO BE DECIDED .......................................................................... 1

MEMORANDUM OF POINTS AND AUTHORITIES......................................... 1

I. INTRODUCTION.................................................................................. 1

II. LEGAL STANDARDS........................................................................... 3

III. RELEVANT FACTS............................................................................. 4

IV. ARGUMENT ..................................................................................... 5

   A. Plaintiffs Fail to State a Rico Claim ............................................... 5

     1. Plaintiffs Do Not Allege Injury to Their Business or Property; Personal
       Injuries are not Actionable under RICO.................................... 6

     2. Plaintiffs' Alleged Damages are too Speculative to Establish "By
       Reason Of" Proximate Causation; No RICO Claim without Concrete
       Financial Loss ................................................................... 9

     3. To have Standing Under RICO Plaintiffs Must Show They Were the
       Targets of Criminal Conduct................................................. 11

     4. Plaintiffs Do Not Allege a "Pattern of Racketeering" ................. 12

        a. Plaintiffs Allege Only One RICO Predicate.......................... 12

        b. The Plaintiffs Fail to Allege Sufficient Continuity over Time
          to Support a RICO Case............................................... 14

   B. Plaintiff's Third Cause of Action (Unlawful Competition under California

     Law) Fails Without an Economic Injury................................... 16

   C. The Court Should Not Grant Leave to Amend the Complaint as it Would

     be Futile Given the Existing Allegations .................................. 18

   D. Court Should Decline Supplemental Jurisdiction......................... 18

V. CONCLUSION ................................................................................... 19

# TABLE OF AUTHORITIES

## UNITED STATES SUPREME COURT CASES

Anza v. Ideal Steel Supply Corp.,
547 U.S. 451 (2006)........................................................................................ 3,10,12
Ashcroft v. Iqbal,
556 U.S. 662 (2009)........................................................................................ 3,10,12
Aviva USA Corp. v. Vazirani, 13-16858,
2015 WL 788718 (9th Cir. December 4, 2015) .............................................. 14
Bell Atl. Corp. v. Twombly,
5505 U.S. 544 (2007)...................................................................................... 15
Bridge v. Phx. Bond & Indem. Co.,
553 U.S. 639 (2008)........................................................................................ 6
Carnegie-Mellon Univ. v. Cohill,
484 U.S. 343 n.7 (1988).................................................................................. 19
H.J., Inc. v. Nw. Bell Tel. Co.,
492 U.S. 229 (1989)........................................................................................ 15
Hemi Grp., LLC v. City of N.Y.,
559 U.S. 1 (2010) ........................................................................................... 10,12,14
Holmes v. Securities Investor Protection Corp
503 U.S., 271(1992)........................................................................................ 10,12
Lexmark Int'l v. Static Control Components, Inc.,
134 S.Ct. 1377 (2014) [unofficial report citation]........................................... 7,12
Official citation: 572 U.S. 118 (2014)
Olson v. United States,
292 U.S. 246 (1934)........................................................................................ 11
Reiter v. Sonotone Corp.,
442 U.S. 330 (1979)........................................................................................ 8
RJR Nabisco, Inc. v. Eur. Cmty.,
136 S.Ct. 2090 (2006) [unofficial report citation]........................................... 8,10
Sedima v. Imrex Co.,
473 U.S. 479 (1985)........................................................................................ 3,7,13
United Mine Workers v. Gibbs,
383 U.S. 715 (1966)........................................................................................ 19

## FEDERAL CASES

Allwaste, Inc. v. Hecht,
65 F.3d 1523 (9th Cir. 1995)........................................................................... 3,15,16
BCS Servs., Inc. v. Heartwood 88, LLC,
637 F.3d 750 (7th Cir. 20011).......................................................................... 12
Berg v. First State Ins. Co.,
915 F.2d 460 (9th Cir. 1990)........................................................................... 2, passim
Birdsong v. Apple, Inc.,
590 F.3d 955 (9th Cir. 2009)........................................................................... 18
Bryant v. Adventist Health System/W.,
289 F.3d 1162 (9th Cir. 2002)......................................................................... 19

Canyon Cty. v. Syngenta Seeds, Inc.,
   519 F.3d 969 (9th Cir. 2008) (en banc) ............................................................. 8,10,12
Chaset v. Fleer/Skybox Int'l, LP.,
   300 F.3d 1083 (9th Cir. 2002)............................................................................ 7,8,10
Clark v. Time Warner Cable,
   523 F.3d 1110 (9th Cir. 2008)............................................................................ 13
Danner v. Himmefarb,
   858 F.2d 515 (9th Cir. 1988).............................................................................. 20
DeMauro v. DeMauro,
   115 F.3d 94 (1st Cir. 1997) ................................................................................ 12
Diaz v. Gates,
   420 F.3d 897 (9th Cir. 2005) (en banc) ............................................................. 8
Doe v. Roe,
   958 F.2d 763 (7th Cir. 1992)............................................................................... 7
Dow Chem. Co. v. Exxon Corp.,
   30 F. Supp. 2d 673 (D. Del. 1998) .................................................................... 13
Durning v. Citibank,
   990 F.2d 1133 (9th Cir. 1993)............................................................................ 14
Eminence Capital, LLC v. Aspeon, Inc.,
   316 F.3d 1048 (9th Cir. 2003)............................................................................ 19
Evans v. City of Chi.,
   434 F.3d 916 (7th Cir. 2006).............................................................................. 8
First Nationwide Bank v. Gelt Funding Corp.,
   27 F.3d 763 (2d Cir. 1994)................................................................................. 10
Fleischhauer v. Feltner,
   879 F.2d 1290 (6th Cir. 1989)............................................................................ 8
G-I Holdings, Inc. v. Baron & Budd,
   238 F.Supp.2d 521 (S.D.N.Y. 2001) ................................................................. 13
Galliger v. Becerra,
   898 F.3d 1012 (9th Cir. 2018)............................................................................ 3
Genty v. Resolution Trust Corp.
   937 F.2d 899 (3d Cir. 1991)............................................................................... 8
Grogan v. Platt,
   835 F.2d 844 (11th Cir. 1988)............................................................................ 7
GSI Technology v. United Memories, Inc., No. 13-01081,
   2014 WL 1572358 (N.D. Cal. Apr. 18, 2014) [unofficial report case] .............. 14
Guerrero v. Gates,
   442 F.3d 697 707 (9th Cir. 2006)....................................................................... 10
Hamm v. Rhone-Poulenc Rorer Pharms., Inc.,
   187 F.3d 941, 953 (8th Cir. 1999) ..................................................................... 12
Haskell v. Time, Inc.,
   857 F. Supp. 1392 (E.D. Cal. 1994) .................................................................. 4
Howard v. America Online Inc.,
   208 F.3d 741 (9th Cir. 2000).............................................................................. 13,15
Imagineering, Inc. v. Kiewitt Pac. Co.,
   976 F.2d 1303 (9th Cir. 1992)............................................................................ 12,19

In re Neurontin Mktg. & Sale Practices Litig.,
   712 F.3d 21 (1st Cir. 2013).............................................................................. 12
In re Taxable Municipal Bond Securities Litig. v. Kutak Rock and Campbell,
   51 F.3d 518 (5th Cir. 1995).............................................................................. 11
Jackson v. Sedgwick Claims Management Servs., Inc.
   731 F.3d 556 (6th Cir. 2013)............................................................................ 7
Jarvis v. Regan,
   833 F.2d 149 (9th Cir. 1987)............................................................................ 14,15
Kan-Di-Ki, LLC v. Sorenson,
   723 Fed. Appx. 432 (9th Cir. 2018).................................................................. 15
Kehr Packages, Inc. v. Fidelcor, Inc.,
   926 F.2d 1406 (9th Cir. 1991).......................................................................... 16
Khoja v. Orexigen Therapeutics, Inc.,
   899 F.3d 988 (9th Cir. 2018)............................................................................ 3
Lincoln House, Inc. v. Dupre
   903 F.2d 845 (1st Cir. 1990) ........................................................................... 6,17
Mack v. South Bay Deer Dist., Inc.
   798 F.2d 1279 (9th Cir. 1986).......................................................................... 4
Maio v. Aetna, Inc.,
   221 F.3d 472 (3d Cir. 2000)............................................................................. 11
Marina Point Develop. Assoc. v. U.S.,
   2005 WL 735933 (N.D. Cal. Mar. 28, 2005) [unofficial report case]............... 11
   Official citation: 364 F.Supp.2d (C.D. Cal.Mar.28, 2005)
Medger Evers Houses Tenants Ass'n v. Medgar Evers Houses Assocs.,
   25 F.Supp.2d 116 (E.D.N.Y. 1998)................................................................... 13
Oscar v. University Students Coop. Ass'n,
   965 F.2d 783 (9th Cir. 1992) (en banc) ........................................................... 2, passim
Religious Tech. Cir. v. Wollersheim,
   971 F.2d 364 (9th Cir. 1992)............................................................................ 14,16
Religious Tech. Ctr. v. Wollersheim,
   796 F.2d 1076 (9th Cir. 1986).......................................................................... 6
Rubio v. Capital One Bank,
   613 F.3d 1195 (9th Cir. 2010).......................................................................... 17
Schreiber Distrib. Co. v. Serv-Well Furniture Co.,
   806 F.2d 1393 (9th Cir. 1986).......................................................................... 14,19
Sepúlveda-Villarini v. Dep't of Educ. of P.R.,
   628 F.3d 25 (1st Cir. 2010) ............................................................................. 4
Sever v. Alaska Pulp Corp.,
   978 F.2d 1529 (9th Cir. 1992).......................................................................... 14,15
Sheperd v. Am. Honda Motor Co.,
   822 F.Supp. 625 (N.D. Cal. 1993).................................................................... 11
Steele v. Hosp. Corp. of Am,
   36 F.3d at 70-71 (9th Cir. 1994)....................................................................... 10,11
Tel-Phonic Servs., Inc. v. TBS Int'l, Inc.,
   975 F.2d 1134 (5th Cir. 1992).......................................................................... 16

Telesaurus VPC, LLC v. Power,
  623 F.3d 998 (9th Cir. 2010)............................................................................ 4
Townsend v. Columbia Operations,
  667 F.2d 844 (9th Cir. 1982)............................................................................ 4,20
Turner v. Cook,
  362 F.3d 1219 (9th Cir. 2004).......................................................................... 16
Watterson v. Page,
  987 F.2d 1 (1st Cir. 1993)................................................................................ 4

## CALIFORNIA STATE CASES

**California Supreme Court**
Kwikset Corp. v. Superior Court,
  51 Cal.4th 310 (2011).................................................................................... 3,17,18

**California Appellate Court**
Hall v. Time Inc.,
  158 Cal. App. 4th 847 (2008).......................................................................... 18
Ingram v. City of Gridley,
  100 Cal. App. 2d 815 (1950)........................................................................... 8

## UNITED STATES CODES

Controlled Substance Act, §102......................................................................... 14
18 U.S.C. §1961 ................................................................................................ 2, *passim*
18 U.S.C. §1962 ................................................................................................ 3,6,19
18 U.S.C. §1964 ................................................................................................ 5, *passim*
28 U.S.C §1367 ................................................................................................. 19

## FEDERAL RULES

Federal Rules of Civil Procedure 12 ...................................................................... 3

## CALIFORNIA CODES

California Business & Professions Code section 17200, et seq............................... 1,2,3,17
Cal. Bus. & Prof. Code § 17204.......................................................................... 18