KEVIN P. BLOCK (121329)
kb@winelawyers.com
ROMAN BLOCK (306966)
rb@winelawyers.com
BLOCK & BLOCK LLP
1109 Jefferson Street
Napa, California 94559
Telephone: (707) 251-9871
Telefax: (707) 251-0368

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEFAN BOKAIE; CAROL BOKAIE; SURINDER UPPAL; MARIE UPPAL; GURJIWAN UPPAL; PATRICK WARD; BRENDA WARD; NEERA BHANDARI; and SANDEEP BHANDARI,<br><br>Plaintiffs,<br><br>v.<br><br>GREEN EARTH COFFEE LLC, a California limited liability company; CARLOS ZAMBRANO, an individual; FLYING ROOSTER, LLC, a California limited liability company; EXCHANGE BANK, a California corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:18-cv-5244-JST<br><br>**STIPULATED ORDER GRANTING PLAINTIFFS LEAVE TO FILE A CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>[Civil Local Rule 7-12] |

The parties, through their counsel of record, hereby stipulate to an order granting plaintiffs leave to file a consolidated opposition to the two separate motions to dismiss the first, second and third causes of action of the complaint for failure to state a claim upon which relief may be granted filed by defendants Green Earth Coffee LLC and Carlos Zambrano, and defendant Flying Rooster, respectively.

October 26, 2018　　　　　　　　BLOCK & BLOCK LLP

By: \_\_\_\_\_/s/_____
　　　Roman Block
　　　Attorney for Plaintiffs

October 26, 2018　　　　　　　　LAW OFFICES OF HERBERT L. TERRERI PC

By: \_\_\_\_\_/s/_____
　　　Herbert L. Terreri
　　　Attorney for Defendant
　　　FLYING ROOSTER, LLC

THE ROGOWAY LAW GROUP

October 26, 2018　　　　　　　　By: \_\_\_\_\_/s/_____
　　　Kenneth Stratton
　　　Attorney for Defendants GREEN EARTH
　　　COFFEE LLC and CARLOS ZAMBRANO

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

October 30, 2018                          _____
                                                  Judge

ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from each of the signatories.

October 26, 2018                BLOCK & BLOCK LLP


                                By: _____/s/_____
                                    Roman Block
                                    Attorney for Plaintiffs