# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEFAN BOKAIE, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GREEN EARTH COFFEE LLC, et al.,<br><br>      Defendants. | Case No. 18-cv-05244-JST<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 27 |

The Court has reviewed the parties' stipulated request to continue the case management conference currently set for November 28, 2018 until after the Court's ruling on the pending motions to dismiss. ECF No. 27. For good cause shown, the Court hereby continues the case management conference to January 23, 2019 at 2:00 p.m. The Court will discuss ADR with the parties at the conference unless the parties agree to an ADR procedure before then.

**IT IS SO ORDERED.**

Dated: November 13, 2018



JON S. TIGAR
United States District Judge