UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN BOKAIE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GREEN EARTH COFFEE LLC, et al.,<br><br>    Defendants. | Case No. 18-cv-05244-JST<br><br>**ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND RESCHEDULING CMC**<br><br>Re: ECF No. 30 |

Pursuant to the stipulation of the parties and for good cause shown, the Court hereby CONTINUES the hearing on the motions to dismiss until December 20, 2018 at 2 P.M. The initial case management conference, currently set for January 23, 2019, is RESCHEDULED to December 20, 2018, to follow the motions hearing. The parties are ordered to submit a joint case management statement no later than December 13, 2018 at 5:00 P.M.

**IT IS SO ORDERED.**

Dated: November 27, 2018



JON S. TIGAR
United States District Judge