UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 20, 2018                                      Judge: Jon S. Tigar

Time: 25 minutes

Case No.     **3:18-cv-05244-JST**
Case Name    **Stefan Bokaie, et al. v. Green Earth Coffee LLC, et al.**

Attorney for Plaintiffs:        Kevin P. Block

Attorneys for Defendants:       *Green Earth Coffee LLC / Carlos Zambrano*
                                Kenneth B. Stratton

                                *Flying Rooster, LLC*
                                Herbert L. Terreri

Deputy Clerk: William Noble                                  Court Reporter: Ana Dub

PROCEEDINGS

- Initial Case Management Conference
- Defendant Cultivators' Motion to Dismiss (Dkt. No. 17)
- Defendant Cultivators' Motion to Dismiss (Dkt. No. 18)

RESULT OF HEARING

1. The parties informed the Court that the Plaintiffs and Flying Rooster, LLC have reached a settlement. The Court will issue a written order setting a deadline to file a dismissal within 45 days and a further case management conference in 60 days if the dismissal is not filed.

2. Motion hearing held. After hearing argument from the parties, the Court took the motion under submission.

3. The Court set a further case management conference for March 20, 2019 at 2:00 PM. An updated case management conference is due March 13, 2019.