KEVIN P. BLOCK (121329)
kb@winelawyers.com
ROMAN BLOCK (306966)
rb@winelawyers.com
BLOCK & BLOCK LLP
1109 Jefferson Street
Napa, California 94559
Telephone: (707) 251-9871
Telefax: (707) 251-0368

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEFAN BOKAIE; CAROL BOKAIE; SURINDER UPPAL; MARIE UPPAL; GURJIWAN UPPAL; PATRICK WARD; BRENDA WARD; NEERA BHANDARI; and SANDEEP BHANDARI,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GREEN EARTH COFFEE LLC, a California limited liability company; CARLOS ZAMBRANO, an individual; FLYING ROOSTER, LLC, a California limited liability company; EXCHANGE BANK, a California corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:18-cv-5244-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs voluntarily dismiss the entire above-captioned action with prejudice.

January 24, 2019

_____
Kevin Block
Roman Block
BLOCK & BLOCK LLP
Attorneys for Plaintiffs